■ In the Matter of SHERYL FATIG, Respondent, v VINCENT DEROSA, Appellant. [690 NYS2d 356] —Order unanimously affirmed with costs. Memorandum: Family Court properly granted petitioner's application for an upward modification of child support based upon an unanticipated and unreasonable change in circumstances (*see, Matter of Boden v Boden,* 42 NY2d 210, 213; *cf., Matter of Hulik v Hulik,* 201 AD2d 909). Petitioner established that, after the parties entered into their stipulation that was incorporated but not merged into the judg-

ment of divorce, she suffered an unanticipated disabling injury that prevented her from pursuing a nursing career. She is working only part time and her income is minimal, whereas respondent's income has increased. Thus, petitioner met her burden (*see, Matter of Boden v Boden, supra,* at 213). The court properly applied the Child Support Standards Act guidelines in determining respondent's child support obligations (*see, Matter of Chappell v Chappell,* 229 AD2d 952). (Appeal from Order of Erie County Family Court, Szczur, J.—Support.) Present— Lawton, J. P., Wisner, Hurlbutt, Callahan and Balio, JJ.